DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAUREN BLUESTONE,**
Appellant,

v.

**BROWARD COUNTY, FLORIDA,**
Appellee.

No. 4D2023-2423

[June 13, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Shari Africk-Olefson, Judge; L.T. Case No. CACE23-002887.

Lauren Peffer of L. Turner Law, Boca Raton, for appellant.

Andrew J. Meyers and Joseph K. Jarone of Broward County Attorney's Office, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***